**UNITED STATES of america,
Plaintiff–Appellee,**

v.

**Ernest Melvin TUCKER, a/k/a Sonny Tucker, Defendant–Appellant.**

**No. 15–6579.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 30, 2015.

Decided: Nov. 4, 2015.

Ernest Melvin Tucker, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West VA, for Appellee.

Before KING, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Melvin Tucker appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tucker*, No. 3:95–cr–00011–GMG–1 (N.D.W.Va. Apr. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*